**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:23-CV-0151-X |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE A
PROPOSAL FOR CONTENTS OF SCHEDULING AND DISCOVERY ORDER**

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA Inc., Huawei Device Co., Ltd., Huawei Device (Shenzhen) Co., Ltd., and Huawei Device USA Inc. (collectively, "Huawei" or "Defendants") through their respective undersigned counsel, respectfully request a brief extension, to Friday, November 3, 2023, for the parties to submit their Joint Proposal for Contents of Scheduling and Discovery Order.

Pursuant to the Court's Order dated September 21, 2023 (Dkt. No. 75), the parties have worked towards preparing and submitting a Joint Proposal for Contents of Scheduling and Discovery Order. This includes an in-person meet and confer on October 11, and subsequent exchanges of drafts of the Joint Proposal. Despite their efforts, the parties were unable to reach agreement on the Joint Proposal by October 30. To allow the parties time to finalize and file a Joint Proposal, and to avoid unnecessary disputes before the Court, the parties respectfully request an extension of the deadline to submit the Joint Proposal to Friday, November 3, 2023.

Dated:   October 31, 2023                    Respectfully submitted,

*/s/ Lewis E. Hudnell, III*                   */s/ Jason W. Cook*

Winston O. Huff (State Bar No.                Jason W. Cook
24068745)                                     Texas State Bar No. 24028537
whuff@munsch.com                              Matthew W. Cornelia
Jamil N. Alibhai (State Bar No.               Texas State Bar No. 24097534
00793248)                                     McGUIREWOODS LLP
jalibhai@munsch.com                           2000 McKinney Avenue, Suite 1400
MUNSCH HARDT KOPF & HARR, P.C.                 Dallas, Texas 75201
500 N. Akard Street, Suite 3800               Tel: (214) 932-6400
Dallas, Texas 75201                           Fax: (214) 932-6499
Direct Dial: (214) 855-7500                   jcook@mcguirewoods.com
Facsimile: (214) 855-7584                     mcornelia@mcguirewoods.com

Lewis E. Hudnell, III (*pro hac vice* to be   **ATTORNEYS FOR DEFENDANTS**
filed)                                        **HUAWEI TECHNOLOGIES CO., LTD.,**
lewis@hudnelllaw.com                          **HUAWEI TECHNOLOGIES USA, INC.,**
Nicolas S. Gikkas (*pro hac vice* to be       **HUAWEI DEVICE (SHENZHEN) CO.,**
filed)                                        **LTD,**
nick@gikkaslaw.com                            **HUAWEI DEVICE CO., LTD., AND**
Hudnell Law Group P.C.                        **HUAWEI DEVICE USA, INC.**
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698

**ATTORNEYS FOR PLAINTIFF**
**VOIP-PAL.COM, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing document via the Court's CM/ECF system under the Federal Rules of Civil Procedure this 31st day of October, 2023.

*/s/ Jason W. Cook*
Jason W. Cook
