UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-0151-X |
| HUAWEI TECHNOLOGIES CO. LTD, et al., | § § § § | |
| *Defendants.* | § § | |

## DISMISSAL ORDER

Before the Court is the parties' joint motion to dismiss. (Doc. 122). The Court **GRANTS** the motion and **DISMISSES** this action. Plaintiff VoIP-Pal's infringement claims for the Asserted Patents relating to the Huawei Cloud Meeting product and service, Huawei Cloud Link, Google-Fi, Google Hangouts, and the Nexus 6P phone are **DISMISSED WITH PREJUDICE**. VoIP-Pal's infringement claims for the Asserted Patents relating to any other products or services are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED** this 13th day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1